# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# REDDING

| UNITED STATES OF AMERICA | JUDGMENT INCLUDING SENTENCE UNDER |
|---|---|
| vs. | THE SENTENCING REFORM ACT |
| __JOHN DEAN SENTER__ | CASE NUMBER 03:05-cr-0015 |
| | __John Kucera__ |
| | (Defendant's Attorney of Record) |

     THE DEFENDANT was found guilty on Count(s) I, in the (X) Complaint (  ) Violation Notice, after a (X) plea of guilty (  ) court trial.

     Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NO. | DATE |
|---|---|---|---|
| 21 USC 844(a) | Possess a Controlled Substance | I | 5/31/2005 |

     The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[  ]    The defendant has been found not guilty on Counts(s) _____, and is discharged as to such count(s).

[X]    The fine imposed by this Judgment as to Count I is $1,000.00. Said fine is payable to the Clerk of Court, 501 I Street, Sacramento, CA 95814.

[X]    The mandatory special assessment imposed by this sentence as to Count I is $25.00, and is payable to the Clerk of Court.

[  ]    The processing fee charged by the Central Violations Bureau of $25.00 is payable to said agency.

[  ]    Restitution imposed by this Judgment is $_____, payable to:

_____

DEFENDANT: John Dean Senter                                           JUDGMENT - Page 2 of 2

The defendant is placed on **Limited Supervised Probation** for twelve (12) months, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.

2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.

3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.

4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.

5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[ ]  _____ months/days jail facility, pursuant to 18 USC § 3563(b)(10), to commence as directed by the probation officer.

[ ]  _____ hours of unpaid community service, and pay fees not to exceed $60.00, as directed by the probation officer.

[X]  Probation shall become terminate upon completion of all special conditions and payment of financial obligations, set forth by this court.

[ ]  _____
    _____
    _____

Date of Sentencing: February 7, 2006


/s/ Craig M. Kellison
Craig M. Kellison
United States Magistrate Judge